PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

**FILED**

FEB 1 7 2016

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE _Western_ DISTRICT OF TEXAS
_Pecos/Alpine_ DIVISION

Darrell Roberts 1273128
Plaintiff's Name and ID Number

Lynaugh Unit Pecos, Co., Ft. Stockton, 79735
Place of Confinement

CASE NO. **P16CV    09**
(Clerk will assign the number)

v. Glen Whitfield, Ralph Marez,
Kimberly Garza, Florino Fierro,
Patricia Chapa.
Defendant's Name and Address

1098 S. Hwy 2037 Lynaugh Unit.
Defendant's Name and Address

Ft Stockton Tx 79735
Defendant's Name and Address
( DO NOT USE "ET AL.")

---

**INSTRUCTIONS - READ CAREFULLY**

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

Rev. 05/15

FILING FEE AND *IN FORMA PAUPERIS* (IFP)

1.  In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00.**

2.  If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3.  The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4.  If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I.  **PREVIOUS LAWSUITS:**

   A.  Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? X YES___ NO

   B.  If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

   1.  Approximate date of filing lawsuit: ~~7/15/16~~ ~~Sept~~ 2013 May 9-13
   2.  Parties(s) to previous lawsuit:
       Plaintiff(s) Darrell Roberts 1223928 And Simarly Situated Inmates
       Defendant(s) Chiara, Whitfield, Mavez, Fierro, Garza
   3.  Court: (If federal, name the district; if state, name the county.) USDC W. Dist. Tx
   4.  Cause number: PE: 14-cv-00087- RAJ - PE 13-cv 00052 RAJ
   5.  Name of judge to whom case was assigned: B. Dwight Goians
   6.  Disposition: (Was the case dismissed, appealed, still pending?) Voluntarilly Dismissed
   7.  Approximate date of disposition: 2

Rev. 05/15

II.    PLACE OF PRESENT CONFINEMENT: James Lynaugh Unit Ft Stockton, Pecos Co,

III.    EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?    X YES ___ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV.    PARTIES TO THIS SUIT:

A.    Name and address of plaintiff: Darrell Roberts And Similarly Situated Inmates
1098 So Hwy 2037 Ft Stockton, Tx. 79735
Lynaugh Unit Prison Facility

B.    Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: Glen Whitfield (Warden Lynaugh Unit Prison
1098 So. Hwy 2037 Ft. Stockton Tx. 79735    Pecos, County
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Does Permit Henious Constitutional Violations Of Deprivation Of Medical

Defendant #2: Ralph Mares Assist Warden Lynaugh Unit Prison
1098 So. Hwy. 2037 Ft. Stockton, Tx. 79735    Pecos, County
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Works In Concert Side By Side With Warden Whitfield

Defendant #3: Kimberly Garza Major = Head Of Security = Head Jailure
Helps Supervise Along With Both Warden = Insured Security Is Met.
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Has Work With Wardens Whitfield & Mares To Deprive Constitutional Rights

Defendant #4: Florinda Fierro Head Mail Clerk
1098 S. Hwy 2037 Ft. Stockton Tx. 79735 Pecos, County,
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Opens Legal Mail And Removes Important Legal Material

Defendant #5: Patricia Chapa Assist. Region IV Director
Chase Compound 965 Oftie St. Beeville, Tx. 78102
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Oversees Grievance Appeal Process And Covers Wrongs

Rev. 05/15

3

V.    STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

Over The Course Of Years Dating As Far Back As Dec 2012 Defendants Have Been Made Aware Of Various Ailments And Medical Needs Of Inmates To Name One In Particular Darrell Roberts # 1273928 Who Does Suffer The Severe But Very Serious Condition Of Epilepsy Which Causes Or Is A Chronic Disorder Of The Nervous System Characterized By Recurrant And Unbroken Siezures Which Does Cause Paroxysmal Discharges And Un Treated Has Been Known To Cause Death, Brain Damage. Lapses Of Memory Loss. Inmate Has A Constitutional Right To Medical Treatment. Inmates Only Wishis To Have His Cry For Help Met With Medical Attention

VI.    RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Have Unit Warden Assist Warde Head Of Security Respond Positively To Emergency Cry For Medical Attention.

VII.    GENERAL BACKGROUND INFORMATION:

A.  State, in complete form, all names you have ever used or been known by including any and all aliases.

Darrell Roberts

B.  List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

TDCJ # 1273928    FBI # 285333JA4

VIII.    SANCTIONS:

A.  Have you been sanctioned by any court as a result of any lawsuit you have filed?    X YES ____ NO

B.  If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1.  Court that imposed sanctions (if federal, give the district and division): USDC W. Dist. Pecos

2.  Case number: PE: 14-CV-00087-RAJ

3.  Approximate date sanctions were imposed: _____ ? _____

4.  Have the sanctions been lifted or otherwise satisfied?    ____ YES X NO

Rev. 05/15

4

C. Has any court ever warned or notified you that sanctions could be imposed?    _X_YES ____NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that issued warning (if federal, give the district and division): 5th C.A.

   2. Case number: 15 - 50895

   3. Approximate date warning was issued: ?

Executed on: 2-15-16
         DATE

DARRELL ROBERTS 1273928
Del Roy    Pro-Se
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this ___15 th___ day of ___FEB___, 20 16 .
         (Day)              (month)              (year)

DARRELL Roberts 1273928
            Pro-Se
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

Rev. 05/15

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS/ALPINE - DIVISION

Date: 2-15-16

DARRELL ROBERTS
TDCJ #1272828 PLAINTIFF

V.                                          No.

GLEN WHITFIELD et al.
DEFENDANTS

This Is A Civil Rights Action Authorized By 42 USC Section 1983 To Redress The Derivation, Under Color Of State Law, Of Rights Secured By The Constitution Of The United States. This Court Has Jurisdiction Under 28 U.S.C. Sections 1331 And 1343 (a)(3). Plaintiff Seeks Declaratory Relief Pursuant To 28 U.S.C. Sections 2201 And 2202. Plaintiffs Claims For Injunctive Relief Are Authorized By 28 U.S.C. Sections 2283 And 2284 And Rule #65 Of The Federal Rules Of Civil Procedure.

The Western Is An Appropriate Venue Under 28 U.S.C. Section 1391, (b)(2) Because It Is Where The Events Giving Rise To This Claim Occurred.

Plaintiff Darrell Roberts Is And Was At All Times Mentioned Herein A Prisoner Of The State Of Texas. In The Custody Of Texas Department Of Criminal Justice I.D. And Is Currently Housed At The Lynaugh Unit Prison Facility Pecos County At 1098 So. Hwy. 2037 Ft. Stockton, Tx. 79735

Defendant Glen Whitfield Is The Warden/Superintendent Of Lynaugh Unit Prison Facility. He Is Legally Responsible For The Operation Of Lynaugh Unit And For The Welfare Of All The Inmates In Lynaugh Unit Prison.

Defendant Kimberly Garza Is A Correctional Officer Of The Tx. Dept. Of Corr. Who At All Times Mentioned In This Complaint Held The Rank Of Major Head Of Jailer And Was Assigned To Lynaugh Unit Prison.

Each Defendant Is Sued Individually And In Their Official Capacity At All Times Mentioned In This Complaint Each Defendant Acted Under Color Of State Law.

Defendant Whitfield And Defendant Garza Had Been Made Aware Of Plaintiffs Complaints That Go Back As Far As Dec. 2012 That He Has Epilepsy And COPD And Has Had Attacks That Have Even Caused Him To Go To The Ft. Stockton Regional Hospital And Lynaugh Unit Infirmary To Include The Dental Department For The Lost Of Many Teeth Due To Siezures.

Plaintiff Roberts Wrote An I-60 Request For To Warden Joe Grimes In Dec. 2012 And Reported He Pushed His In Cell Call "Panic" Button That Had Previously Been In Working Order And Got No Response After Feeling The Symtems Of A Grand Mal Siezure That Is Life Threatening. He Again After Being Told This Would No Longer Happen Pushed The Button In May 2013 And Again Got No Response. On May Of 2013 He Filed A Formal Complaint Complaining About This Faulty

1

Button And Was Told A Part Had Been Ordered Part #40731300/6019 And Was Told Correctional Staff Was Required To Do Walk Around Checks Every 30 mins.

By The Time Plaintiff Had Filed A Second Step To Formal Complaint Maintenance Had Been To His Cell Three Times And Said Button Was Working But Had To Call Tower On Radio For A Response To Button Call So Plaintiff Filed Cv. Complaint Pe: 13-cv-00052-RAJ

Plaintiff Voluntarilly Dismissed That Complaint When He Was Asked To And Told His Incident Would Not Happen Again.

As Soon As Plaintiff Dismissed Complaint The Misconduct Was Rehashed So He Started Complaint Pe: 14-cv-00087 RAJ And Once Again Fell For A Lie By Being Told This Conduct Would Stop He'd Been Told 1st By The Lt. He Could Not Make Mention Of Cv. Rights Complaint Pe: 13-cv-00052-RAJ And Filed An Affidavit Stating He Was Faced With An Injustice The Lt. Then Allowed Him To Refer To Cv. Rights Complaint Pe: 13-cv-00052-RAJ.

In This Instant Complaint Plaintiff Has The Need To Refer To Civil Rights Complaint Pe: 14-cv-00087-RAJ And Asks The Court To Incorporate Everything He Filed In That Complaint In The Instant Complaint. This Complaint Is Not Meant To Harass Defendants But Instead In Hopes That They Will Protect His Constitutional Right To Emergency Medical Care And Protect Him From Further Unnessary Abuses.

His 1st Amendment Right Has Also Been Violated By Defendants Unlawfully Opening His Legal Mail And Removing Important Documents And Causing The Court To Not File Responses Motions Etc...

Included Are Facts I Dont Know Personally But Do Believe Its Become General Prison Knowledge That Here At Lynaugh Its Very Common To Have Legal Mail Opened Personal Mail With held. Upon Information And Belief Its Become Common Practice Here At Lynaugh To Do What Has Happen To Me For Complaining "I Was Taken To SHU And My Things Were Packed And Brought To Me. Some Of My Legal Papers Were Missing Which I Could Do Nothing About. My Keep Safe Lock Was Locked But Missing The Key. When I Tried To Get It Replaced I Was Denied Other People Have Complained The Same Thing Has Happen To Them.

2

I Have A Good Faith Basis For Believing These Things To Be True
   Plaintiff Has Exhausted All His Remedies. #1 I-60 Request
To Official, Informally Requesting The Discontinuence Of
Misconduct. #2 Step #1 Grievance Formally Complaining To
Warden Whitfield Or Lynaugh Unit. #3 Step #2 Appealing
Step #1 To Patricia Chapa At IV Region Who Is In Charge
Of The Appeal Process Located At IV Region H.Q. Chase
Compound 965 Oftie St. Beeville, Tx. 78102 In Step #1 Plaintiff
Presented The Facts Related To This Complaint. When Plaintiff Re-
cieved Unsatisfactory Response He Appealed. That Appeal Went
Ignored By Answering "Handled At Unit Level" A Lame Excuse
At Attempting To Cover Up A Wrong.
   These 1st 8th, 14th, Amendment Violations Should Not Be
Overlooked Or Permitted. They Violated Plaintiffs Constitutional
Rights, These Violations Constituted Due Process Violations,
Cruel And Unusual Punishment.
   The Plaintiff Has No Other Remedie At Law To Redress These
Wrongs Described Herein. Plaintiff Has Been And Will Continue
To Be Irreparably Injured By These Constitutional Violations
Unless The Court Grants Declaratory And Injunctive Relief
Which Plaintiff Seeks.

### Prayer

   Wherefore Plaintiff Respectfully Prays That This Court Enter
Judgement Granting Plaintiff. A Declaration That The Acts And
Omissions Described Herein Violated Plaintiffs Rights Under
The Constitution And Laws Of The United States. A Preliminary
Injunction Ordering Defendants To Answer Emergency Cry For
Help By Answering The Safe Prisons Panic Buttons. Compensatory
Damages In The Amount Of Total $25,000. A Jury Trial On All
Triable Issues. Any Additional Relief This Court Deems As Just
Proper And Equitable.

Respectfully Submitted

Darrell Roberts #1273928  Pecos County

3

LYNAUGH UNIT PRISON FACILITY
1098 So Hwy 2037 Ft. Stockton Tx. 79735

*[signature]* PRO-SE

## CERTIFICATE OF SERVICE

I Darrell Roberts # 1273928 Pro Se Do Hereby Certify That A True And Correct Copy Of The Foregoing Has Been Sent To Defendants Postage Prepaid By U.S. Mail 2·15·16 To Lucius D. Bunton III Addressed To:   *SENT*

USDC W. Dist. Court Clerk
Lucius D. Bunton III
410 So Cedar St. # 203
Pecos, Tx. 79772

RESPECTFULLY
Darrell Roberts # 1273928
*[signature]* Pro Se

4

D. ROBERTS # 1213208

**LYNAUGH UNIT**
**1098 S. HWY. 2037**
**FT. STOCKTON, TX 79735**

TRUST FUND

USDC W. Dist. Court Clerk
Lucious D. Bunton III
410 So. Cedar, St. # 203
Pecos, Tx. 79772

79772≥3323★0005

FEB 2016 RECD